Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
2855 Telegraph Avenue, Suite 517
Berkeley, California 94705
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY E. TAYLOR, | Case No.:  4:20-CV-00366-YGR |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE;** |
| v. | **[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff Peggy E. Taylor and Defendant Hartford Life and Accident Insurance Company, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

///

///

///

///

///

Case No.: 4:20-CV-00366-YGR          1          STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE

**IT IS SO STIPULATED.**

Dated:  September 28, 2020

                                                                                                 BOLT KEENLEY KIM LLP

                                                                     By:  /s/ Brian H. Kim
                                                                            Brian H. Kim
                                                                             Attorneys for Plaintiff

Dated:  September 28, 2020                  BURKE, WILLIAMS & SORENSEN, LLP

                                                                       By:  /s/ Michael Bernacchi
                                                                             Michael Bernacchi
                                                                             Attorneys for Defendant Hartford Life and
                                                                             Accident Insurance Company

### [~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE

Having reviewed the stipulation of the parties and good cause showing, the Court hereby **GRANTS** the parties' stipulation and hereby **ORDERS** that this action, Case No. 4:20-CV-00366-YGR, is dismissed in its entirety with prejudice, with each party to bear its own fees, costs, and expenses in this matter.

**IT IS SO ORDERED.**

Dated:  September 28, 2020

                                                              **YVONNE GONZALEZ ROGERS**
                                                              **UNITED STATES DISTRICT JUDGE**